No. 375. CLISK CORPORATION, Respondent, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.

(Also reported in 225 N. W. 2d 517.)

The cause was submitted for the appellant on the brief of *Brady, Tyrrell, Cotter & Cutler*, attorneys, and *T. L. Tolan, Jr., Ronald L. Wallenfang* and *Bruce D. Loring* of counsel, all of Milwaukee; and for the respondent on the brief of *Charles F. Nolan* and *Nolan, Engler, Yakes & Curtis, S. C.*, all of Oshkosh.

Judgment affirmed.